UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                       Case No.  05-cr-237-01-SM

Christopher D. Mann

## O R D E R

Defendant Mann's motion to continue the final pretrial conference and trial is granted (document 7). Trial has been rescheduled for the April 2006 trial period. Defendant Mann shall file a waiver of speedy trial rights not later than December 21, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** March 23, 2006 at 2:00 p.m.

**Jury Selection**: April 4, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 13, 2005

cc: Jonathan Saxe, Esq.
    Clyde R.W. Garrigan, AUSA
    US Probation
    US Marshal